No. 603. L. P. LARSON, JR., COMPANY v. WM. WRIGLEY, JR., COMPANY. December 5, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. The questions to be reëxamined to be limited to those relating to the deduction of federal income and excess profits taxes from the net profits awarded to the petitioner. *Messrs. Charles H. Aldrich* and *George I. Haight* for petitioners. *Messrs. Isaac Mayer* and *Wallace R. Lane* for respondent.

No. 137. LARKIN v. PAUGH. See p. 507.

No. 620. UNITED STATES, AS OWNER OF THE STEAM COLLIER "PROTEUS," v. COMMONWEALTH AND DOMINION LINE, LTD., AS OWNER OF THE STEAMSHIP "PORT PHILIP." December 12, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, the discussion to be limited to the question of the allowance of interest on the amount of the recovery, and the consideration thereof to await the decision of this Court in the case of *Boston Sand & Gravel Co.* v. *United States*, No. 551, October term, 1927. *Solicitor General Mitchell, Assistant Attorney General Farnum* and *Mr. J. Frank Staley* for the United States. *Messrs. Allan B. A. Bradley* and *George DeForest Lord* for respondents.

No. 623. CHARLES WARNER COMPANY v. INDEPENDENT PIER COMPANY; and

No. 624. CHARLES WARNER COMPANY v. STEAMSHIP "GULFTRADE," WHEREOF GULF REFINING COMPANY IS CLAIMANT. January 3, 1928. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. J. T. Manning, Jr.,* for petitioner. No appearance for respondents.